UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| GALEN R. HUSTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Misc. No. 05-34-B-W |
| | ) | |
| UNITED STATES and | ) | |
| PENOBSCOT COUNTY FEDERAL | ) | |
| CREDIT UNION, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on December 8, 2005 her

Recommended Decision.   The Plaintiff filed his objections to the Recommended

Decision on December 27, 2005 and the Defendant United States filed its responses to

those objections on December 28, 2005.  I have reviewed and considered the Magistrate

Judge's Recommended Decision, together with the entire record; I have made a de novo

determination of all matters adjudicated by the Magistrate Judge's Recommended

Decision; and I concur with the recommendations of the United States Magistrate Judge

for the reasons set forth in her Recommended Decision, and determine that no further

proceeding is necessary.

1.    It is therefore **ORDERED** that the Recommended Decision of the

      Magistrate Judge is hereby **AFFIRMED**.

2.    It is further **ORDERED** that the Plaintiff's Motion to Quash (Docket No.

      1) is hereby **DENIED**.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 29th day of December, 2005